UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNION OF AMERICAN PHYSICIANS
AND DENTISTS,

    Petitioner,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS; JEANNE WOODFORD;
RENEE KANAN, M.D.; DOES thru
XX, inclusive,

    Respondents.

NO. CIV. S 05-1077 MCE DAD

ORDER

----oo0oo----

This case was instituted on April 26, 2005 by Petitioner Union of American Physicians and Dentists ("Petitioner") as a Petition for Writ of Mandate, pursuant to California Code of Civil Procedure § 1085, in the Superior Court of the State of California in and for the County of Sacramento. The matter was removed by Respondents to this Court on May 27, 2005 on grounds that it arose under the Eighth Amendment of the United States Constitution. According to Respondents, the physician certification requirements opposed by Petitioner in the present

1  action were prompted by a September 17, 2004 Order of the
2  Northern District, in Plata v. Schwarzenegger, et al. (Case No.
3  C-01-1351 T.E.H.), which imposed additional physician competency
4  requirements in order to remedy potential Eighth Amendment
5  violations pertaining to inadequate patient care and staffing at
6  California Department of Corrections ("CDC") facilities.

7      Respondents now move to transfer the case now pending in
8  this Court to the Northern District on grounds that the
9  requirements challenged by Petitioner were in fact ordered by the
10 Northern District in the Plata case, and that both cases share
11 common issues pertaining to the competency of CDC physicians.
12 Respondents consequently ask that venue be transferred pursuant
13 to the provisions of 28 U.S.C. § 1404(a), which allows for the
14 transfer of substantially similar actions in the interest of
15 justice.  *See, e.g.*, Rabbi Jacob Joseph School v. Province of
16 Mendoza, 342 F. Supp. 2d 124, 130-31 (E.D.N.Y. 2004) (transfer
17 under § 1404(a) proper where duplicative action involving same
18 basic claim would waste judicial resources and create the
19 potential for inconsistent results).

20     Significantly, counsel for Petitioner has not opposed the
21 instant request for transfer, and indeed has filed a joinder to
22 Respondents' transfer request, stating that "judicial economy
23 would strong be served by granting [Respondents'] motion to
24 transfer this action to the Northern District before Judge
25 Henderson, who has already been addressing at length issues
26 concerning [Respondent] CDC's provision of prison health
27 services."  (Petitioner's July 18, 2005 Joinder in Motion to
28 Transfer).

1  Given Petitioner's non-opposition to Respondents' transfer
2 request, and good cause appearing therefor, the above-captioned
3 case is hereby transferred pursuant to 28 U.S.C. § 1404(a) to the
4 United States District Court for the Northern District of
5 California.

7  IT IS SO ORDERED.

9 DATED: September 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE